FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 03, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GREEK ISLANDS CUISINE, INC., a Washington corporation, NIKOS DANAKOS, and NICOLE DANAKOS,<br><br>                  Plaintiffs,<br><br>v.<br><br>YOURPEOPLE, INC., a foreign profit corporation, KEYBANK NATIONAL ASSOCIATION, a national bank, and NEWCOURSE COMMUNICATIONS, INC., a foreign profit corporation,<br><br>                  Defendants. | NO. 4:24-CV-5045-TOR<br><br>ORDER GRANTING DEFENDANT KEYBANK NATIONAL ASSOCIATION'S MOTION TO DISMISS |

BEFORE THE COURT is Defendant KeyBank National Association's

Motion to Dismiss and to Compel Arbitration (ECF No. 23). Plaintiffs responded,

expressing non-opposition to dismissal without prejudice in favor of arbitration,

provided that the terms of the agreement KeyBank offered (ECF No. 24) are met.

ECF No. 32. Both parties represent that arbitration of their claims is not meant to

1    effect Plaintiffs' outstanding claims against the remaining defendants.  ECF Nos.

2    23 at 7 and 32.  As Plaintiffs do not oppose arbitrating these claims, the Court

3    dismisses their causes of action against Defendant KeyBank, with the

4    understanding that compliance to the terms of agreement of the parties is required.

5    **ACCORDINGLY, IT IS HEREBY ORDERED:**

6       Defendant KeyBank National Association's Motion to Dismiss (ECF No.

7    23) is **GRANTED**.  Plaintiffs' claims against KeyBank are DISMISSED without

8    prejudice.

9       The District Court Executive is directed to enter this Order, furnish copies to

10   counsel, and terminate KeyBank National Association.

11       DATED September 3, 2024.



                    THOMAS O. RICE
                 United States District Judge