FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 25, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

GREEK ISLANDS CUISINE, INC., a
Washington corporation, NIKOS
DANAKOS, and NICOLE
DANAKOS,

                Plaintiffs,

    vs.

YOURPEOPLE, INC., a foreign profit
corporation, and NEWCOURSE
COMMUNICATIONS, INC., a foreign
profit corporation,

                Defendants.

NO:  4:24-CV-5045-TOR

ORDER OF DISMISSAL WITH
PREJUDICE

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal with

Prejudice of All Claims.  ECF No. 81.  The parties agree that all claims by all

parties (current and former) in this action should be dismissed with prejudice and

without an assessment of fees or costs to any party.  The Court has reviewed the

record and files herein and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1    According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing

2 a stipulation signed by all parties who have appeared.

3 **ACCORDINGLY, IT IS HEREBY ORDERED:**

4    1.  The Stipulated Motion for Dismissal with Prejudice of All Claims, ECF No.

5        81, is **GRANTED**.

6    2.   Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is

7        **DISMISSED** with prejudice and without an assessment of fees or costs to

8        any party.

9    3.  All deadlines and hearings are **VACATED**.

10    The District Court Executive is directed to enter this Order and Judgment of

11 Dismissal, furnish copies to counsel, and **CLOSE** the file.

12    DATED March 25, 2025.

13 

14                THOMAS O. RICE
                United States District Judge

15

16

17

18

19

20

ORDER OF DISMISSAL WITH PREJUDICE ~ 2