AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 25, 2025**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| GREEK ISLANDS CUISINE, INC., a Washington corporation, NIKOS DANAKOS, and NICOLE DANAKOS<br>*Plaintiff*<br>v.<br>YOURPEOPLE, INC., a foreign profit corporation, and NEWCOURSE COMMUNICATIONS, INC., a foreign profit corporation<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 4:24-CV-5045-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The Stipulated Motion for Dismissal with Prejudice of All Claims, ECF No. 81, is GRANTED. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is DISMISSED with prejudice

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE

Date: 3/25/2025

*CLERK OF COURT*

SEAN F. McAVOY

s/ Wendy Kirkham
*(By) Deputy Clerk*

Wendy Kirkham